ACCEPTED
03-15-00008-CV
6296014
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/30/2015 3:06:28 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00008-CV

| | | |
|---|---|---|
| PAUL D. SIMMONS, | ) | IN THE COURT OF APPEALS FOR |
| Appellant | ) | |
| | ) | |
| v. | ) | THE THIRD DISTRICT |
| | ) | |
| TERESA A. SIMMONS, | ) | |
| Appellee | ) | OF TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/30/2015 3:06:28 PM
JEFFREY D. KYLE
Clerk

## NOTICE OF DESIGNATION OF
## LEAD COUNSEL AND REQUEST FOR NOTICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Robert B. Luther, Attorney for Appellee, and on behalf of Appellee Teresa A. Simmons, files this Notice of Designation of Lead Counsel and Request for Notice, and as grounds therefore would show the Court the following:

### I.  Parties

Appellant is Paul D. Simmons.  Appellee is Teresa A. Simmons.

### II. Nature of Motion

The nature and purpose of this motion is to designate Robert B. Luther as lead counsel and further to request that additional notice of all actions from the clerk and court be sent to co-counsel Garrett C. Higley.

### III. Designation of Lead Counsel

The undersigned attorney, ROBERT B. LUTHER, of Law Offices of Robert B. Luther, P.C., 1800 Rio Grande, Austin, Texas  78701, SBN 12704000, Tel. (512) 477-

2323, Fax. (512) 478-1824, email rbluther@luthlaw.com, hereby gives notice to the Court, clerk of the court, and Appellant's counsel that he is now designated as lead counsel in place of the former attorney for Appellee, Kirk Watkins.

### IV. Request for Notice

Appellee requests that in addition to the notice of actions and service sent to lead counsel at the address above, notice of actions and service be also sent to co-counsel GARRETT C. HIGLEY, PLLC, 508 W. 12th Street, Austin, Texas 78701, (512)514-1940, Fax No. (512)391-0028, SBN 24046074, email garrett@higleyfamilylaw.com.

WHEREFORE, PREMISES CONSIDERED, the undersigned attorney prays this Honorable Court accept notice of lead counsel as ROBERT B. LUTHER, and further include GARRETT C. HIGLEY on the service of notice and actions list in addition to ROBERT B. LUTHER.

Respectfully submitted,

ROBERT B. LUTHER
SBN 12704000
Law Offices of Robert B. Luther, P.C.
1800 Rio Grande
Austin, Texas 78701
(512) 477-2323
Fax (512) 478-1824
Email: rbluther@luthlaw.com and

GARRETT C. HIGLEY
SBN 24046074
Garrett C. Higley, PLLC
508 West 12th St.
Austin, Texas 78701
(512)514-1940
Fax No. (512)391-0028
Email: garrett@higleyfamilylaw.com

ATTORNEYS FOR APPELLEE
TERESA A. SIMMONS

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 28th day of July, 2015, I communicated with the representative of counsel of appellant, Mr. Melvin Gray, and notified her of the intention to become lead counsel, and there was no objection to said designation.

Robert B. Luther

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been delivered this _____ day of July, 2015, to the counsel for Appellant and to the Appellee, individually, at the following addresses, by first class mail and by certified mail, return receipt requested:

Mr. Melvin Gray
Attorney at Law
206 West College
San Angelo, Texas 76903
Attorney for Appellant

Teresa A. Simmons
18155 Nicks Drive
Spring Hill, Florida 34610
Appellee

Robert B. Luther